IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling

**JOHN DANE,**

      Petitioner,

v.                          **Civil Action No. 5:24-CV-157**
                                    Judge Bailey

**MELISSA BAYLESS,**

      Respondent.

## ORDER ADOPTING REPORT AND RECOMMENDATION

The above referenced case is before this Court upon the magistrate judge's recommendation that Respondent's Motion to Dismiss or, in the Alternative, for Summary Judgment [Doc. 11] be granted and petitioner's petition be denied and dismissed with prejudice.

This Court is charged with conducting a *de novo* review of any portion of the magistrate judge's report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636(b)(1). However, absent prompt objection by a dissatisfied party, it appears that Congress did not intend for the district court to review the factual and legal conclusions of the magistrate judge. **Thomas v. Arn**, 474 U.S. 140 (1985). Additionally, any party who fails to file timely, written objections to the magistrate judge's report pursuant to 28 U.S.C. § 636(b)(1) waives the right to raise those objections at the appellate court

1

level.  *United States v. Schronce*, 727 F.2d 91 (4th Cir. 1984), *cert. denied*, 467 U.S. 1208 (1984).  No objections have been filed to the magistrate judge's report and recommendation.[1]

A *de novo* review of the record indicates that the magistrate judge's report accurately summarizes this case and the applicable law.  Accordingly, Magistrate Judge Mazzone's Report and Recommendation [**Doc. 17**] is **ADOPTED**.  Respondent's Motion to Dismiss, or in the Alternative, for Summary Judgment [**Doc. 11**] is **GRANTED**.  Petitioner's Petition [**Doc. 1**] is **DENIED** and **DISMISSED WITH PREJUDICE**.  The Clerk is **DIRECTED TO STRIKE** the above-styled case from the active docket of this Court.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to any counsel of record herein and to the *pro se* petitioner by certified mail, return receipt requested, to his last known address as reflected on the docket sheet.

**DATED:** December 17, 2024.



JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE

---

[1] Pursuant to the R&R, petitioner "shall have **fourteen (14) days** from the date of service of this Report and Recommendation within which to file with the Clerk of this Court, **specific written objections, identifying the portions of the Report and Recommendation to which objection is made, and the basis of such objection.**" See [Doc. 17 at 10 (emphasis in original)].
Service of the R&R was accepted on November 22, 2024.  See [Doc. 18]. November 22, 2024, was twenty-five (25) days ago.  Thus, this Court did not just wait the standard fourteen (14) days—this Court waited an additional eleven (11) days before ruling on the pending R&R.